## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMERICAN PEARL GROUP, LLC, a Texas limited liability company; JOHN SARKISSIAN, an individual; ANDREI WIRTH, an individual <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL PAYMENT SYSTEMS, LLC, a Wyoming limited liability company; BECKVENTURES, LLC, a Delaware limited liability company; and Does 1-20, inclusive, <br><br> Defendants. | Case. No.: 3:22-cv-00693-N |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants NATIONAL PAYMENTS SYSTEMS, LLC ("NPS") and BECKVENTURES, LLC ("BeckVentures," and collectively with NPS, "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, hereby move the Court to dismiss the Complaint in the above-captioned action for failure to state a claim upon which relief may be granted. This Motion is supported by the attached Brief in Support of Defendants' Motion to Dismiss for Failure to State a Claim.

Respectfully submitted this 2nd day of May, 2022,

By */s/ Adam Sanderson*_____

**REESE MARKETOS LLP**
Adam Sanderson
750 N. Saint Paul St., Suite 600
Dallas/TX/75201

1

(214) 382-9810
adam.sanderson@rm-firm.com

**KUTAK ROCK LLP**
Oliver D. Griffin (*pro hac vice pending)*
CO Bar No. 52292
KUTAK ROCK LLP
1801 California Street
Suite 3000
Denver, CO  80202
(303) 297-2400
oliver.griffin@kutakrock.com

Jeffrey M. Giancana (*pro hac vice pending*)
AZ Bar No. 035031
8601 North Scottsdale Road, #300
Scottsdale, AZ 85253
(480) 429-4834
jeffrey.giancana@kutakrock.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all the registered participants.

REEVE, AUGUSTINE, ALARAKHIA, PLLC

Ashley Reeve Basnett
P.O. Box 1398
Athens, TX 75751
(903) 887-0602
ashley@reeveaugustine.com

CATANZARITE LAW CORPORATION

Kenneth J Catanzarite
2331 West Lincoln Ave
Anaheim, CA 92801
714-520-5544
kcatanzarite@catanzarite.com

*Attorney for Plaintiffs*

By */s/ Adam Sanderson*_____

**REESE MARKETOS LLP**
Adam Sanderson
750 N. Saint Paul St., Suite 600
Dallas/TX/75201
(214) 382-9810
adam.sanderson@rm-firm.com

**KUTAK ROCK LLP**
Oliver D. Griffin (*pro hac vice pending)*
CO Bar No. 52292
KUTAK ROCK LLP
1801 California Street
Suite 3000
Denver, CO  80202
(303) 297-2400
oliver.griffin@kutakrock.com

3

Jeffrey M. Giancana (*pro hac vice pending*)
AZ Bar No. 035031
8601 North Scottsdale Road, #300
Scottsdale, AZ 85253
(480) 429-4834
jeffrey.giancana@kutakrock.com

*Attorneys for Defendants*