IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN PEARL GROUP, LLC, *et al.*, | § § § | |
|    Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-CV-0693-N |
| NATIONAL PAYMENT SYSTEMS, LLC, *et al.*, | § § § § | |
|    Defendants. | § § | |

# **ORDER**

The Court requests the parties provide supplemental briefing fully addressing the following issues:

- Plaintiffs — please address the effect of section 306.002(a) (and the rate ceilings established in section 303) of the Texas Finance Code on your contention that the ten percent maximum rate found in section 302.001(b) applies to this transaction.

- Defendants — please explain your assertion that section 303.009(c) of the Texas Finance Code applies and imposes a twenty-eight percent maximum rate considering the foregoing provisions of section 303, including subsections 303.009(a) and (b).

- Having fully addressed the Court's questions regarding the applicable rate ceiling, both parties should address whether the loan payment schedules contract for an amount of interest exceeding the amount allowable under Texas law.

ORDER – PAGE 1

The Court requests that the parties file briefs addressing these points — not to exceed 10 pages — prior to 5:00 pm CDT on June 29, 2022.

Signed June 15, 2022.

_____
David C. Godbey
United States District Judge